IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-42,

    Defendants.

## ORDER

THIS MATTER is before the Court on a review of the file.  Being fully advised in the premises, it is

ORDERED that Defendant John Doe 14 only is **DISMISSED WITH PREJUDICE** pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of Defendant John Doe 14 Only.  Defendant John Doe 14 shall hereafter be taken off the caption.

Dated:  October 1, 2012

                                                   BY THE COURT:

                                                   s/ Wiley Y. Daniel
                                                   Wiley Y. Daniel
                                                   Chief United States District Judge