IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 1-42,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 2, 2012.**

      Pending before the Court is Doe #41's Motion for Reconsideration and/or Modification of Order of September 27, 2012 [#30] [filed September 28, 2012; docket #31]. Counsel for Doe #41 represents that Doe #41 inadvertently revealed his identity to Plaintiff as a result of CenturyLink's instruction to contact Plaintiff's counsel with questions regarding the subpoena. (*See* docket #31-1.) In light of this disclosure, Doe #41 recognizes that any motion to quash is likely moot. Thus, Doe #41 seeks permission to proceed anonymously for the purpose of filing a motion to dismiss and/or to sever, or in the alterative, reaching a settlement.

    Pursuant to D.C. Colo. LCivR 7.1C and in consideration of the circumstances described by Doe #41, the Court decides the Motion without a response from Plaintiff. Because a motion to quash is no longer forthcoming, the Court will modify its September 27, 2012 minute order [docket #30] and **grant** Doe #41's Motion for Reconsideration and/or Modification of Order of September 27, 2012 [#30] [filed September 28, 2012; docket #31] as follows. Doe #41 may proceed in this litigation anonymously through and including **October 19, 2012**, for the sole purpose of filing a motion to dismiss, a motion to sever, or negotiating a settlement with Plaintiff. If, **by October 19, 2012**, Doe #41 has not filed either of the aforementioned motions or notified the Court of a settlement, the Court will remove any and all restrictions on Doe #41's identifying information.

      In accordance with this order, Plaintiff is prohibited from publicly disclosing Doe #41's identity until further order of the Court.