IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-42,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2012.**

    Pending before the Court are Defendant Doe #41's Unopposed Motion for Continued Permission to Proceed Anonymously [filed October 19, 2012; docket #43] and Defendant Doe #41's Motion for Extension of Time to Answer, Plead, or Otherwise Respond to the Amended Complaint Filed October 18, 2012 [filed October 19, 2012; docket #42]. Both motions are **granted** as follows. First, Doe #41 shall file an answer or otherwise respond to Plaintiff's amended complaint on or before November 2, 2012. In accordance with this extension, Defendant Doe #41 may continue proceeding anonymously for the sole purpose of filing a motion to dismiss, a motion to sever, or negotiating a settlement with Plaintiff. If, **by November 2, 2012**, Doe #41 has not filed either of the aforementioned motions or notified the Court of a settlement, the Court will remove any and all restrictions on Doe #41's identifying information. However, if an aforementioned motion is filed by the deadline and following the resolution of the motion, Doe #41 must request additional permission to continue proceeding anonymously.