IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-2, 4-13, and 15-42,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      John Doe No. 22's Motion to Sever and Dismiss filed October 22, 2012 (ECF No. 49) is **stricken** for exceeding the page limits set forth in Section II.E.1 of my Practice Standards.

      Also, Defendant Doe #41's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), 20(a) or Alternatively to Sever and Dismiss Pursuant to Fed. R. Civ. P. 20(a) and 21 (ECF No. 55) and Defendant Doe #41's Brief in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), 20(a) or Alternatively to Sever and Dismiss Pursuant to Fed. R. Civ. P. 20(a) and 21 (ECF No. 56) are **stricken** because they collectively exceed the page limits set forth of my Practice Standards.  A party may not avoid the page limits by filing a motion and separate brief.

      These motions may be refiled within ten (10) days in compliance with my practice standards.

      Dated:  November 8, 2012