IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ,
JOHN DOES 1-2, 4-13, and15-42,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2012.**

    Defendant Doe #22's Motion for Protective Order [filed November 8, 2012; docket #58] is **stricken** for exceeding the page limits set forth in Section II.E.1 of Chief Judge Daniel's Practice Standards. Defendant Doe #22 may re-file the motion within ten (10) days from the date of this order in compliance with Chief Judge Daniel's Practice Standards.