IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-2, 4-13, and 15-42,

    Defendants.

---

## ORDER

---

    THIS MATTER is before the Court on a review of the file.  Being fully advised in the premises, it is

    ORDERED that Defendants John Doe 4, 6, 8, 12 and 13 are **DISMISSED WITH PREJUDICE** pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of Defendant John Doe 4 Only (ECF No. 62) and Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 6, John Doe 8, John Doe 12 and John Doe 13 Only (ECF No. 63).  Defendants John Doe 4, 6, 8, 12 and 13 shall hereafter be taken off the caption.

    Dated:  November 13, 2012

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge