IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-2, 5, 7, 9-11, and 15-42,

    Defendants.

## ORDER

THIS MATTER is before the Court on a review of the file.  Being fully advised in the premises, it is

ORDERED that Defendants John Doe 2 and 32 are **DISMISSED WITH PREJUDICE** pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of Defendant John Doe 2 and John Doe 32 Only (ECF No. 71).  Defendants John Doe 2 and John Doe 32 shall hereafter be taken off the caption.

    Dated:  November 16, 2012

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge