IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ,
JOHN DOES 1-2, 4-13, and15-42,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2012.**

    Defendant Doe #22's Motion for Leave to File a Motion of Excess Pages [filed November 15, 2012; docket #67] is **denied**. Pursuant to Section II.E2 of Chief Judge Daniel's Practice Standards, "[e]xceptions to the [] page limitations will be made only in *extraordinary circumstances* where the Court decides that the complexity and numerosity of issues compels briefs of greater length." (emphasis in original). Doe #22's motion presents a single issue that is not particularly complex. Therefore, the Court finds that the standard page limitation is sufficient.