IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ,
TARA W. CAMERON, and
JOHN DOES 1-2, 5, 7, 9-11, 15-38, and 40-42,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2012.**

    In the interest of justice, Plaintiff's Motion for Leave to File Second Amended Complaint [filed November 16, 2012; docket #74] is **granted**. The Clerk of the Court is directed to enter Plaintiff's Second Amended Complaint [docket #74-1] as filed and to amend the case caption accordingly.

    In addition, Defendant Doe #41's Unopposed Motion for Seven Day (7) Extension of Time, From the Court's Ruling on Plaintiff's Motion for Leave to File Second Amended Complaint, to Answer, Plead or Otherwise Respond to Plaintiff's Most Current Complaint [filed November 19, 2012; docket #76] is **granted in part** and **denied in part** as follows.[1] Defendant Doe #41 shall file an answer or otherwise respond to Plaintiff's Second Amended Complaint on or before **November 26, 2012**.

---

[1] The Court reminds all parties that any motion for extension of time must state, among other information, a date certain for the requested extension. *See* D.C. Colo. LCivR 6.1D. Because seven days from the Court's ruling is not a date certain, the Court calculates the extension from the filing date of Defendant Doe #41's motion.