IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

BRIAN BATZ,
TARA W. CAMERON, and
JOHN DOES 1-2, 5, 7, 9-11, 15-38, and 40-42,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2012.**

      Defendant Doe #41's Unopposed Motion to Maintain Records Under Seal and for Entry of Protective Order to Maintain and Preserve Doe 41's Anonymity [filed November 27, 2012; docket #86] is **granted in part** and **denied in part** as follows. Upon review of the docket, the Court observes only one restricted document filed by Doe #41. The Clerk of the Court is directed to maintain this document [docket #26-1] under seal at Restriction Level 1 during the pendency and following the closure of this action.

      With respect to Doe #41's request to remain anonymous in any subsequent action filed by Plaintiff, such request is improper. In the event Plaintiff files another lawsuit against Doe #41, Doe #41's ability to proceed anonymously will be left to the discretion of the judge presiding over that litigation. The Court declines to retain continuing jurisdiction over this action, and the Court will not enter any protective order to that effect.