IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ, TARA W. CAMERON, JOHN DOES 1, 5, 7, 9-11, and 15-31, 33-41,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 5, 37, 38, 40, 41, and 42 Only filed November 23, 2012.  Being fully advised in the premises, it is

ORDERED that Defendants John Doe 1, 5, 37, 38, 40, 41 and 42 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 30, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge