IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ,
TARA W. CAMERON, and
JOHN DOES 1-2, 5, 7, 9-11, 15-38, and 40-42,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2013.**

    Pending before the Court is Plaintiff's Third Motion for Extension of Time Within Which it has to Effectuate Service on Doe Defendants [filed February 13, 2013; docket #111]. Pursuant to D.C. Colo. LCivR 7.1C, the Court decides the Motion without a response from Defendants. For the reasons that follow, Plaintiff's Motion is **granted**.

    At the outset, the Court notes that Plaintiff received an extension through and including December 31, 2012, within which to effectuate service on the remaining Doe Defendants. Plaintiff represents that this deadline was missed due to a calendering error. Though the Court finds sufficient excusable neglect to consider the pending Motion, its decision to grant the Motion is based primarily on the fact that Plaintiff's compliance with the deadline would not have changed the circumstances which prevent Plaintiff from obtaining the information it needs to effectuate service on the remaining Doe Defendants. Therefore, pursuant to Fed. R. Civ. P. 4(m), Plaintiff shall effectuate service on all remaining Doe Defendants on or before **March 8, 2013**.