IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ,
TARA W. CAMERON, and
JOHN DOES  7, 9-11, 15-31, 33-35, 39

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2013.**

    Defendant Brian Batz's Unopposed Motion to Reset the Status Conference [filed April 23, 2013; docket #126] is **granted**.  The Status Conference scheduled in this case for May 1, 2013, is hereby **vacated** and **rescheduled** to **May 8, 2013**, at **10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.