IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12–cv–01953

MALIBU MEDIA, LLC.

     Plaintiff,

v.

BRIAN BATZ, TARA CAMERON,
and John Does 1-2, 5, 7, 9-11, and 15-42

     Defendants.

**DEFENDANT BRIAN BATZ'S UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY OR VIA VIDEO CONFERENCE FOR STATUS CONFERENCE SET FOR May 08, 2013 – 10:00 a.m.**

     Defendant Brian Batz ("Defendant") by and through counsel, hereby moves for leave to appear telephonically or via video conference for the status conference in the present lawsuit currently scheduled for May 08, 2013, at 10:30 a.m. Defendant's counsel respectfully requests leave to appear telephonically or via video conference for the settlement conference as the conference is not expected to be lengthy nor would it prejudice Plaintiff in any way.

     WHEREFORE, Defendant respectfully requests that Defendant's motion for leave to appear telephonically or via video conference for settlement conference set for May 08, 2013, at 10:00 a.m. be GRANTED, and that the Court grant all such other and further relief as it deems proper.

**Certificate of Compliance with D.C. Colo. L. Civ. R. 7.1**

1

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for Defendant has conferred with Plaintiff's counsel concerning the relief Defendant seeks herein. Plaintiff's counsel **does not oppose** the present motion.

**DATED**: May 06, 2013

Respectfully Submitted,

By: _____
John A. Arsenault (CO Bar # 41327)

WESSELS & ARSENAULT, L.L.C.
1333 W. 120th Ave. Suite 219
Westminster, CO 80234
Telephone: 303-459-7898
Facsimile: 888-317-8582
john.arsenault@frontrangelegalservices.com
*Attorney for Defendant Batz*

## CERTIFICATE OF SERVICE

I hereby certify that on May 06, 2013, a true and correct copy of the foregoing **DEFENDANT BRIAN BATZ'S UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY OR VIA VIDEO CONFERENCE FOR STATUS CONFERENCE SET FOR May 08, 2013 – 10:00 a.m.** was sent via the CM/ECF system to the following:

JASON KOTZKER
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Attorney for Plaintiff

Rajkumar Chohan, Esq.
rchochan@bakerlaw.com
Marc David Flink, Esq.
mflink@bakerlaw.com
Baker & Hostetler, LLP – Denver
303 East 17th Avenue #1100
Denver, CO 80203-1264
Telephone: 303-764-7805
Facsimile: 303-861-7805
Attorneys for Defendant John Doe 41

**DATED**:  May 06, 2013

By:  _____
John A. Arsenault (CO Bar # 41327)

WESSELS & ARSENAULT, L.L.C.
1333 W. 120th Ave. Suite 302
Westminster, CO 80234
Telephone: 303-459-7898
Facsimile: 888-317-8582
john.arsenault@frontrangelegalservices.com
*Attorney for Defendant Batz*