IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

BRIAN BATZ,
TARA W. CAMERON, and
JOHN DOES  7, 9-11, 15-31, 33-35, 39

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2013.**

    In light of the Court's May 6, 2013 Minute Order vacating the May 8, 2013 Status Conference set in this case [docket #130], Defendant Brian Batz's Unopposed Motion for Leave to Appear Telephonically or Via Video Conference for Status Conference Set for May 08, 2013 – 10:00 a.m. [filed May 6, 2013; docket #129] is **denied as moot**.