IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ,
TARA W. CAMERON, and
JOHN DOES  7, 9-11, 15-31, 33-35, 39

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 14, 2013.**

    Defendant Brian Batz's Unopposed Motion for Leave to Appear Telephonically or Via Video Conference for Status Conference Set for May 16, 2013 – 10:00 a.m. [filed May 14, 2013; docket #138] is **granted**.  Counsel for Mr. Batz may appear telephonically at the May 16, 2013 Status Conference scheduled in this case by calling my Chambers at (303)844-4507 at the appointed time.