IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

BRIAN BATZ, TARA W. CAMERON, JOHN DOES 7, 9-11, 15-31, 33-36, and 39,

      Defendants.

---

**ORDER**

---

In accordance with Plaintiff's Notice of Voluntary Dismissal without Prejudice of

Tara Cameron filed May 16, 2013, it is

ORDERED that Defendant Tara W. Cameron is **DISMISSED WITHOUT**

**PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and shall hereafter be taken off the

caption.  In light of this dismissal, it is

ORDERED that "Tara W. Cameron's Motion to Dismiss Second Amended

Complaint [Doc#: 82], Pursuant to F.R.C.P. 12(b)(6), with Accompanying Authority" (ECF

No. 99) and "Tara W. Cameron's Motion to Dismiss, Adopting John Doe 22's Motion to

Dismiss Plaintiff's Complaint for Lack of Standing" (ECF No. 115) are **DENIED AS MOOT**.

      Dated:  May 17, 2013

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge