IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ, and
JOHN DOES  7, 9-11, 15-31, 33-35, 39

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2013.**

    In light of Plaintiff's Second Amended Complaint [docket #82], Defendant Doe 22's Motion to Sever and Dismiss [filed November 15, 2013; docket #69] is **denied as moot**. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)).  If Defendant Doe 22 wishes to renew his requests for relief, he must do so in separate motions.  *See* D.C. Colo. LCivR 7.1C ("A motion shall be made in separate paper.").

    The Clerk of the Court is directed to mail a copy of this minute order to Defendant Doe 22 at the address provided in docket #35.  The Certificate of Service shall not state the address to which the minute order is sent.  However, the minute order itself shall not be restricted.