IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ, and
JOHN DOES  7, 9-11, 15-31, 33-35, 39

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2013.**

    Pending before the Court are Plaintiff's Unopposed Motion for Leave to Appear Telephonically at the Status Conference Scheduled for June 4, 2013 [filed May 30, 2013; docket #151] and Defendant Brian Batz's Unopposed Motion for Leave to Appear Telephonically or Via Video Conference for Status Conference Set for June 4, 2013 – 9:45 a.m. [filed May 30, 2013; docket #152].  Both Motions are **granted in part and denied in part** as follows.

    Due to unforeseen circumstances, the Status Conference currently scheduled for June 4, 2013 is **vacated and rescheduled** to Friday, **June 14, 2013 at 9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Counsel for Plaintiff and Mr. Batz may appear telephonically at the June 14, 2013 Status Conference scheduled in this case by teleconferencing together and calling my Chambers at (303) 844-4507 at the appointed time.