# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-CV-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ and JOHN DOES 7, 9-11,
15-31 and 33-36,

    Defendants.
    _____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC and Defendant, Brian Batz, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

    WHEREFORE, Plaintiff and Defendant Brian Batz respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Brian Batz's claims against each other, with each party to bear its own attorneys' fees and costs.

    Dated: June 13, 2013

    Respectfully submitted,

By: __/s/ *Jason A. Kotzker*__       By: __/s/ John A. Arsenault__
Jason A. Kotzker       John Allan Arsenault
Jason@klgip.com       john.arsenault@frontrangelegalservices.com
KOTZKER LAW GROUP       WESSELS & ARSENAULT, LLC
9609 S. University Blvd. #632134       1333 West 120th Avenue, #219
Highlands Ranch, CO  80163       Westminster, CO  80234

| | |
|---|---|
| Phone: 303-875-5386 | Phone: 303-459-7898 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason A. Kotzker*  
Jason A. Kotzker

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                    Civil Action No. 1:12-CV-01953-WYD-MEH

BRIAN BATZ and JOHN DOES 7, 9-11,
15-31 and 33-36,

    Defendants.
                                          /

### ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Brian Batz's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  All Plaintiff's and Defendant Brian Batz's claims against each other are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

  .

  SO ORDERED this ___ day of _____, 2013.


                                            By: _____
                                                **UNITED STATES MAGISTRATE JUDGE**