IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN BATZ, JOHN DOES 7, 9-11, 15-31, 33-36, and 39,

    Defendants.

## ORDER

THIS MATTER is before the Court in connection with the Stipulation of Dismissal With Prejudice filed on June 13, 2013.  Having reviewed the Stipulation and being fully advised in the premises, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 158) is **APPROVED**.  Plaintiff's and Defendant Brian Batz's claims against each other are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.  Defendant Brian Batz shall hereafter be taken off the caption.  In light of this, it is

ORDERED that Plaintiff's Motion to Dismiss Defendant/Plaintiff's Counterclaim filed on January 25, 2013 (ECF No. 103) is **DENIED AS MOOT**, and the Recommendation of United States Magistrate Judge filed on May 17, 2013, that addresses the above motion (ECF No. 147) is also **MOOT**.

Dated: June 17, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge