IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01953-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 7, 9-11, 15-31, 33-36, and 39,

    Defendants.

## ORDER

THIS MATTER is before the Court in connection with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 7, 9, 10, 11, 15, 16, 17, 18, 19, 20, 21, 22, 23, 34, 25, 26, 27, 28, 29, 30, 31, 33,34, 35 and 36 filed July 10, 2013.  In accordance with the Notice, it is

ORDERED that Defendants John Does 7, 9, 10, 11, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 33, 34, 35, and 36 are **DISMISSED WITHOUT PREJUDICE**.  Further, the Court was informed by counsel for Plaintiff that John Doe 39 was later identified as Tara W. Cameron, who was named in the Second Amended Complaint and was dismissed from the case by Order of May 17, 2013.  Accordingly, it is

ORDERED that John Doe 39 is **TERMINATED**.  Finally, since all Defendants have now been dismissed from the case, it is

ORDERED that this case is **TERMINATED**.

Dated: July 16, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge